UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MORRIS MESTER,  No. C 09-5463 MHP (pr)

    Plaintiff, **ORDER OF DISMISSAL**

    v.

K. DICKINSON; et al.,

    Defendants.

    This pro se civil rights action was filed on November 17, 2009, at which time the court notified plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved in forma pauperis application. Plaintiff was advised that failure to pay the fee or file the application materials within thirty days would result in dismissal of the action. Plaintiff did not pay the filing fee or file an in forma pauperis application. The action is DISMISSED without prejudice for failure to pay the filing fee or submit a completed in forma pauperis application. Plaintiff may file a new action, but should include a filing fee or an in forma pauperis application with a new complaint to commence that new action.

    Plaintiff sent the court a letter that appears to indicate he wanted his initial filing in this case to be filed in another case, even though he had not marked the case number for the earlier case on the document that the clerk assumed was intended to be a new action and even though it did not list all the same defendants. Although the earlier case was originally filed as Case No. C 09-3746 MHP in this district, it was transferred to the Eastern District, where it was filed as Case No. 09-cv-3307-DAD. The clerk will send a copy of docket # 1 in this case to the Eastern

District for filing in that <u>Mester v. Dickinson</u>, E. D. Cal. Case No. 09-cv-3307-DAD. Plaintiff should not file anything else in this case, i.e., in N. D. Cal. Case No. C 09-5463 MHP.

The clerk will then close the file in this action

IT IS SO ORDERED.

Dated: February 12, 2010

_____
Marilyn Hall Patel
United States District Judge